CONSTRUCTION FABRICATORS, INC., et al., Respondents, v. EVERETT FROOKS, Appellant, et al., Defendants.—

No opinion. Nolan, P. J., Johnston, Adel, Sneed and MacCrate, JJ., concur. [See *post,* p. 757.]